**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br>    Plaintiff, <br><br> v. <br><br> CITIZENS BANK, N.A., <br>    Defendant. | C.A. No.: 1:19-cv-00362-WES-PAS |

**JOINT STIPULATION TO EXTEND DISCOVERY SCHEDULE**

Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Citizens Bank, N.A., through their undersigned counsel, hereby jointly stipulate and agree that the following scheduling order may be entered subject to the Court's approval:

- Fact Discovery shall be completed by **April 12, 2021**;

- Plaintiff's expert disclosures shall be served by **May 14, 2021**;

- Defendant's expert disclosures shall be served by **June 14, 2021**;

- Expert Discovery shall be completed by **July 14, 2021**;

- Dispositive Motions due by **August 16, 2021;**

- Pretrial memoranda due 30 days after decision on any dispositive motions or, if no motions are filed, by **August 30, 2021.**

Respectfully submitted

| | |
|---|---|
| Plaintiff,<br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION,<br>By its attorneys, | Defendant,<br>CITIZENS BANK, N.A.,<br>By its attorneys, |
| /s/ Sara Smolik<br>Sara Smolik | /s/ Geoffrey W. Millsom<br>Geoffrey W. Millsom (#6483)<br>Brenna Anatone Force (#8555)<br>Daniel J. Procaccini (#8552) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Boston Area Office<br>John F. Kennedy Federal Building, Room 475<br>Boston, MA 02203-0506<br>(617) 565-3207<br>sara.smolik@eeoc.gov | ADLER POLLOCK & SHEEHAN P.C.<br>1 Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>Tel: (401) 274-7200<br>Fax: (401) 351-4607<br>gmillsom@apslaw.com<br>bforce@apslaw.com<br>dprocaccini@apslaw.com<br>Dated: March 25, 2021 |
| Liane T. Rice<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>New York District Office<br>33 Whitehall Street, 5th Floor<br>New York, NY 10004-2112<br>(929) 506-5278 (telephone)<br>(212) 336-3623 (fax)<br>liane.rice@eeoc.gov<br>Dated: March 25, 2021 | |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within Motion through the ECF system on the 25th of March, 2021, and that notice will be sent electronically to the counsel who are registered participants identified on the Mailing Information for Case No. 1:19-cv-00362-WES-PAS.

/s/ Geoffrey W. Millsom

1069089.v1